UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 18-160 |
| VERSUS | SECTION "J" |
| RAYLAINE KNOPE<br>TERRY J. KNOPE, II<br>JODY LAMBERT<br>TAYLOR KNOPE | VIOLATION: 18:1594(b),<br>1589(a), 1591(a)(1), 1594(a),<br>42:3631(a) & (b), 18:249(a)(2),<br>18:641,18:2 |

### NOTICE OF INITIAL APPEARANCE on AUGUST 2, 2018 AT 2:00 PM

Take Notice that this criminal case has been set for INITIAL APPEARANCE on THURSDAY, AUGUST 2, 2018 AT 2:00 p.m. before Magistrate Judge MICHAEL B. NORTH, Courtroom B-407, 500 Poydras Street, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  July 27, 2018

TO:

RAYLAINE KNOPE

TERRY J. KNOPE, II

JODY LAMBERT
Counsel for defendant:
Ralph Whalen
ralphswhalen@ralphswhalen.com

TAYLOR KNOPE
Counsel for defendant:
Claude Kelly, FPD
claude_kelly@fd.org

WILLIAM W. BLEVINS, CLERK

by: s/Gail Chauvin
       Gail Chauvin,  Deputy Clerk

AUSA:  Julia K. Evans, T.A.

U.S. Marshal

U.S. Probation Officer

U.S. Pretrial Services

JUDGE

MAGISTRATE

COURT REPORTER COORDINATOR
INTERPRETER:  No


Special Agent Corina Zapata
Federal Bureau of Investigation

If you change address,
notify clerk of court
by phone, 589-7694