UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 18-160 |
| VERSUS | SECTION "J" |
| RAYLAINE KNOPE<br>TERRY J. KNOPE, II<br>JODY LAMBERT<br>TAYLOR KNOPE | VIOLATION: 18:1594(b),<br>1589(a), 1591(a)(1), 1594(a),<br>42:3631(a) & (b), 18:249(a)(2),<br>18:641,18:2 |

### NOTICE OF <u>JURY TRIAL</u> on OCTOBER 1, 2018 AT 8:30 AM

### PRETRIAL CONFERENCE SET FOR SEPTEMBER 6, 2018 AT 2:00 PM

Take Notice that this criminal case has been set for JURY TRIAL on MONDAY, OCTOBER 1, 2018

AT 8:30 a.m. before Judge CARL J. BARBIER, Courtroom C-268, 500 Poydras Street, New

Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| | WILLIAM W. BLEVINS, CLERK |
| Date: August 22, 2018 | |
| | by: s/Gail Chauvin |
| TO: | Gail Chauvin, Deputy Clerk |
| RAYLAINE KNOPE<br>Counsel for defendant:<br>Steven Lemoine<br>SteveLem@aol.com | AUSA: Julia K. Evans, T.A.<br><br>U.S. Marshal<br><br>U.S. Probation Officer |
| TERRY J. KNOPE, II<br>Counsel for defendant:<br>Michael Riehlmann<br>mgriehlmann@hotmail.com | U.S. Pretrial Services<br><br>JUDGE |
| JODY LAMBERT<br>Counsel for defendant:<br>Ralph Whalen<br>ralphswhalen@ralphswhalen.com | MAGISTRATE<br><br>COURT REPORTER COORDINATOR<br>INTERPRETER: No |
| TAYLOR KNOPE<br>Counsel for defendant:<br>Claude Kelly, FPD<br>Celia Rhoads, Asst. FPD<br>claude_kelly@fd.org<br>celia_rhoads@fd.org | Special Agent Corina Zapata<br>Federal Bureau of Investigation<br><br>If you change address,<br>notify clerk of court<br>by phone, 589-7694 |