UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 18-160 |
| TAYLOR KNOPE | * | SECTION: "J" |

## ORDER

Considering the foregoing,

**IT IS ORDERED** that defendant Taylor Knope's detention hearing is hereby continued to the __17th__ day of __October__, 2018 at __2:00__ o'clock __p__.m.

New Orleans, Louisiana, this 12th day of __September__, 2018.

_____
KAREN WELLS ROBY
CHIEF UNITED STATES MAGISTRATE JUDGE