UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

### GENERAL ORDER

**IT IS ORDERED** that all civil, criminal, and miscellaneous cases currently assigned to retired U.S. Magistrate Daniel E. Knowles, III, Magistrate Judge Division "3", are hereby reassigned to U.S. Magistrate Judge Dana M. Douglas, Magistrate Judge Division "3".

The District Judge assignments are unchanged.

**IT IS FURTHER ORDERED** that commencing immediately, all civil, criminal, and miscellaneous cases be assigned to Magistrate Judge Division "3" in the same proportion of the total case assignment as are assigned to the remaining active Magistrate Judge Divisions of this Court.

New Orleans, Louisiana, this 7th day of January, 2019.

NANNETTE JOLIVETTE BROWN
Chief United States District Judge