MINUTE ENTRY
ROBY, M.J.
JANUARY 30, 2019

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 18-160 |
| TAYLOR KNOPE | SECTION: J |

A Status Hearing was set this date before Chief United States Magistrate Judge Karen Wells Roby.

    PRESENT:  Julia Evans, Assistant U.S. Attorney
                      Claude Kelly, Counsel for Defendant
                      Taylor Knope-Defendant
                      Amy Lapointe, U.S. Probation Officer

Statements were made by counsel for the government, Julia Evans, defendant, Taylor Knope, counsel for defendant, Claude Kelly, and U.S Probation Officer, Amy Lapointe.

Good cause shown, IT IS ORDERED that the defendant is released on original bond.

                                                        _____
                                                          KAREN WELLS ROBY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE

MJSTAR: 00:010