UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                            CRIMINAL NO. 18-160

VERSUS                                              SECTION "J"

RAYLAINE KNOPE                                      VIOLATION: 18:1594(b),
TERRY J. KNOPE, II                                  1589(a), 1591(a)(1), 1594(a),
JODY LAMBERT                                        42:3631(a) & (b), 18:249(a)(2),
TAYLOR KNOPE                                        18:641,18:2

### RE-NOTICE OF <u>JURY TRIAL on JANUARY 11, 2021 AT 8:30 A.M.</u>

### <u>as to TAYLOR KNOPE ONLY</u>

### PRETRIAL CONFERENCE SET FOR DECEMBER 17, 2020 AT 2:00 P.M.

(Jury Trial previously set for 7/15/19)

Take notice that this criminal case has been set for JURY TRIAL on MONDAY, JANUARY 11, 2021

AT 8:30 A.M. before Judge CARL J. BARBIER, Courtroom C-268,  500 Poydras Street, New

Orleans, Louisiana 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

WILLIAM W. BLEVINS, CLERK

Date:  June 13, 2019

by: s/Gail Chauvin
TO:                                                Gail Chauvin,  Deputy Clerk

RAYLAINE KNOPE                                     AUSA:  Julia K. Evans, T.A.
Counsel for defendant:
Steven Lemoine                                     U.S. Marshal
SteveLem@aol.com
                                                   U.S. Probation Officer
TERRY J. KNOPE, II
Counsel for defendant:                             U.S. Pretrial Services
Michael Riehlmann
mgriehlmann@hotmail.com                            JUDGE

JODY LAMBERT                                        MAGISTRATE
Counsel for defendant:
Ralph Whalen                                       COURT REPORTER COORDINATOR
ralphswhalen@ralphswhalen.com                      INTERPRETER:  No

TAYLOR KNOPE                                        Special Agent Corina Zapata
Counsel for defendant:                             Federal Bureau of Investigation
Claude Kelly, FPD
Celia Rhoads, Asst. FPD
claude_kelly@fd.org                                If you change address,
celia_rhoads@fd.org                                notify clerk of court
                                                   by phone, 589-7694