UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 18-160 |
| v. | * | SECTION: "J" |
| TAYLOR KNOPE | * | |
| | * * * | |

**MOTION AND INCORPORATED MEMORANDUM TO RESCIND BOND TO PERMIT DEFENDANT TO COMPLETE PRETRIAL DIVERSION PROGRAM**

**NOW INTO COURT** comes the United States of America, appearing herein by and through the undersigned Assistant United States Attorney, who respectfully represents as follows:

**I.**

On July 26, 2018, defendant Taylor Knope was charged with violating Title 18, United States Code, Section 1594(b) Forced Labor Conspiracy.

**II.**

Details of the defendant's conduct are set forth in Rec. Doc. No 1 and are incorporated by reference.

**III.**

On November 7, 2018, the defendant was placed on bond in connection with the above referenced charges. The conditions of bond are set forth in Rec. Doc. No. 89, which are, likewise, incorporated by reference.

## IV.

On June 9, 2019, the defendant was accepted into the Pretrial Diversion Program ("PTD") under the supervision of U.S. Probation.[1] *See* 18 U.S.C. § 3154(10). (Functions and Powers Relating to Pretrial Services).

## V.

The United States is respectfully requesting that the Court rescind the earlier imposed bond conditions during the pretrial diversion period to allow the defendant to successfully complete the Pretrial Diversion Program. The defendant will be under the direct supervision of U.S. Probation during the entirety of the pretrial diversion period, and the United States will notify the Court of the defendant's successful completion (or failure) of the Pretrial Diversion Program.

## VI.

**WHEREFORE**, the United States respectfully requests that the defendant's bond conditions be rescinded pending the defendant's completion of the pretrial diversion period.

Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY

/s/ Julia K. Evans
JULIA K. EVANS
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3162
E-Mail: Julia.evans2@usdoj.gov

---

[1] The PTD is governed by the terms, conditions, exclusions and limitations contained in the pretrial diversion agreement, which also incorporates a waiver of speedy trial rights by the defendant.

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2019 I hand delivered the foregoing with the Clerk of Court and defense counsel of record, Claude Kelly and Celia Rhoads of the Federal Public Defender's Office.

JULIA K. EVANS
Assistant United States Attorney