UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 18-160** |
| v. | * | SECTION: "J" |
| **TAYLOR KNOPE** | * | |

\* \* \*

## O R D E R

After consideration of the foregoing Motion of the United States;

**IT IS HEREBY ORDERED** that the defendant's bond conditions in the above captioned matter be rescinded pending the completion of the defendant's pretrial diversion period.

**IT ALSO ORDERED** that the defendant remain under the direct supervision of U.S. Probation during the entirety of the pretrial diversion period.

New Orleans, Louisiana, this _____ day of November, 2019.

_____
HONORABLE KAREN WELLS ROBY
CHIEF UNITED STATES MAGISTRATE JUDGE