UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | No. 18-160 |
| TAYLOR KNOPE | SECTION: "J"(3) |

### ORDER

**IT IS HEREBY ORDERED** that the pre-trial conference scheduled for May 5, 2021 is **CONVERTED** to a telephone status conference, scheduled for **Wednesday, May 5, 2021 at 3:00 p.m.** The parties must dial into the Court's teleconference line at 2:55 p.m. by calling 877-848-7030 and entering the access code. The access code is 2704006.

New Orleans, Louisiana, this 5th day of May, 2021.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE