UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | No. 18-160 |
| TAYLOR KNOPE | SECTION: "J"(3) |

## ORDER

Considering the *Motion to Dismiss Indictment Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure* **(Rec. Doc. 202)** filed by the Government,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and the indictment against Taylor Knope is hereby **DISMISSED with prejudice**.

New Orleans, Louisiana, this 16th day of July, 2021.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE